RECEIVED
SEP - 1 2000
U. S. DISTRICT COURT
E. DIST. OF MO.
ST. LOUIS

FILED
SEP 5 2000
U. S. DISTRICT COURT
EASTERN DISTRICT OF MO
ST. LOUIS

## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF MISSOURI
## EASTERN DIVISION

| | |
|---|---|
| DUSTIN MITCHELL, | ) |
| Plaintiff, | ) |
| v. | ) Cause No. 4:99CV01554 JCH |
| ROLLA PUBLIC SCHOOL DISTRICT, | ) |
| Defendant. | ) |

So ordered
[signature] C. [illegible]
9/5/00

### JOINT MOTION FOR DISMISSAL

COMES NOW Plaintiff Dustin Mitchell and Defendant Rolla Public School District pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure, and, by stipulation of the parties, hereby dismiss this action with prejudice as to Defendant Rolla Public School District, each party to bear its own costs.

Respectfully submitted,

BRYAN D. SCHEIDERER

By: _____
Bryan D. Scheiderer
901 No. Pine Street
Suite 307
P.O. Box 306
Rolla, Missouri 65402-0306

Attorney for Plaintiff

6

26

MICKES, TUETH, KEENEY, COOPER, MOHAN AND JACKSTADT

By: /s/ Melanie G. Keeney
Melanie Gurley Keeney
Beverly Lucas Propst
425 South Woods Mill Road
Suite 300
St. Louis, Missouri 63107

Attorney for Defendant

7

UNITED STATES DISTRICT COURT -- EASTERN MISSOURI
INTERNAL RECORD KEEPING


AN ORDER, JUDGMENT OR ENDORSEMENT WAS SCANNED, FAXED AND/OR MAILED TO THE FOLLOWING INDIVIDUALS ON 09/05/00 by cabrams
            4:99cv1554    Mitchell vs Rolla School Dist 31

42:1983 Civil Rights Act

| Name | ID | Fax |
|---|---|---|
| Melanie Keeney | 22016 | 636-237-2601 |
| Thomas Mickes | 3853 | 636-237-2601 |
| Beverly Propst | 77793 | 636-237-2601 |
| Bryan Scheiderer | 37734 | 573-341-3661 |

SCANNED & FAXED BY:

SEP - 5 2000

J. M. W.